UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TIMOTHY DOYLE YOUNG, 60012-001 § | | |
| Plaintiff, § | | |
| § | CIVIL ACTION NO.: | |
| v. § | 3:14-CV-0420-B | |
| § | | |
| UNITED STATES, § | | |
| Defendant. § | | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Plaintiff is **BARRED** by the three-strike provision. *See* 28 U.S.C. § 1915(g).

SO ORDERED this 18th day of April, 2014.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE